# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-775-AJB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |
| CHRISTINE CAUDILLO, | |
| Defendant. | |

Based on the motion of the United States to dismiss the Indictment without prejudice, and in furtherance of the interests of justice, the Court orders that the Indictment (ECF No. 12) in the above-entitled action is dismissed without prejudice.

**IT IS SO ORDERED.**

DATE: June 16, 2021

_____
Honorable Anthony J. Battaglia
U.S. District Judge